IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LORENZO SPELLMAN,

    Petitioner,

v.                             Civil Action No. 3:16CV154–HEH

ERIC D. WILSON,

    Respondent.

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, a federal prisoner proceeding pro se, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on May 3, 2016, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than eleven (11) days have elapsed since the entry of the May 3, 2016 Memorandum Order and Petitioner has not responded. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall issue.

                                              /s/
                                    HENRY E. HUDSON

Date: May 31, 2016          UNITED STATES DISTRICT JUDGE
Richmond, Virginia